IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION FILE NO.: 5:15-CV-115-BR

| | |
|---|---|
| CHRYSO, INC. | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| INNOVATIVE CONCRETE | ) |
| SOLUTIONS OF THE CAROLINAS, | ) |
| LLC, CAROLINAS CONCRETE | ) |
| SOLUTIONS, INC., DANIEL | ) |
| MATTHEWS, and BRIAN | ) |
| MATTHEWS, | ) |
| | ) |
|    Defendants. | ) |

## ORDER GRANTING LEAVE TO AMEND
## AND FOR JOINDER OF ADDITIONAL DEFENDANT

Plaintiff, Chryso, Inc., through its attorneys of record, filed a Motion for Leave to Amend Complaint and for Joinder of an Additional Defendant pursuant to Fed. R. Civ. P. 15(a)(2) and 20(a)(2), and Memorandum of Law in Support thereof.

Whereas the Court has considered Plaintiff's motion and memorandum and finds that Plaintiff has demonstrated that good cause exists and justice requires the grant of leave to file the proposed amended complaint. Therefore, Plaintiff's Motion is GRANTED.

Dated: August 10, 2015

*Robert T. Numbers II*
_____
Robert T. Numbers, II
United States Magistrate Judge